# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY SMASHUM, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CV416-022 |
| WILLIAM DANFORTH, | ) | |
| Respondent. | ) | |

## ORDER

In this 28 U.S.C. § 2254 action, the Clerk *sua sponte* issued a scheduling notice setting a variety of deadlines (to amend pleadings, discovery, motions, etc.). Doc. 9. Doing so was error and the Clerk accordingly is **DIRECTED** to terminate the notice (doc. 9).

**SO ORDERED,** this  14th  day of April, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA