IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY SMASHUM,  )
 )
    Petitioner,  )
 )
v.  )   CASE NO. CV416-022
 )
WILLIAM DANFORTH, Warden  )
 )
    Respondent.  )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which an objection has been filed (Doc. 15). After a careful de novo review of the record, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA